**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:22-cv-02349-RBD-DCI

MICHELLE STRICKLAND,

    Plaintiff,

vs.

GOLFVIEW PLAZA CENTER, LLC, et al.,

    Defendants.

_____/

**NOTICE OF LEAD COUNSEL DESIGNATION**

PLEASE TAKE NOTICE that Joe M. Quick, Esq., of the Law Offices of Joe M. Quick, Esq. is appearing as Lead Counsel for Plaintiff Michelle Strickland in the above-referenced matter.

Please direct all correspondences, pleadings or other paper that are to be served or sent either electronically or by U.S. Mail in the above-styled cause to the undersigned at:

**Law Offices of Joe M. Quick, Esq.**
1224 S. Peninsula Drive #619
Daytona Beach, Florida 32118

**DESIGNATED SERVICE EMAIL ADDRESSES:**
JMQuickEsq@gmail.com
QuickADALaw@gmail.com
ADAParalegal@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of December 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                              By:/S/Joe M. Quick, Esq._____
                              Joe M. Quick, Esq.
                              Bar Number 0883794
                              Attorney for Plaintiff
                              Law Offices of Joe M. Quick, Esq.
                              1224 S. Peninsula Drive #619
                              Daytona Beach, Florida 32118
                              Telephone: 386.212.3591
                              Email: JMQuickEsq@gmail.com