# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:22-cv-02349-RBD-DCI

MICHELLE STRICKLAND,

    Plaintiff,

vs.

GOLFVIEW PLAZA CENTER, LLC, et al.,

    Defendants.

_____/

## ANSWER TO COURT INTERROGATORIES

1. Residence address

    I live at 950 Orange Avenue, Port Orange, Florida.

2. Name of current employer and place of employment.

    I am disabled and unemployed.

3. Date(s) and time(s) that you visited the facility.

    I visited on September 7, 2022.

4. Purpose of your visit(s) and duration of your stay(s).

    I went to get something to eat. I was there for an hour.

5. Did anyone else accompany you? If so, who?

    No.

6. Describe the nature of your disability.

   I have cerebral palsy and use a wheelchair for mobility purposes.

7. Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

   I encountered:

   **<u>VIOLATIONS</u>**

   a) Failure to provide ADA compliant parking stall striping and markings, in violation 2020 FAC and 2010 ADAS Section 502.3.3.

   b) Failure to provide ADA compliant accessible parking spaces and access aisle on a firm, stable, slip resistant surface, in violation 2020 FAC and 2010 ADAS Section 502.4 and 302.1.

   c) Failure to provide ADA compliant parking stall striping and markings, in violation 2020 FAC and 2010 ADAS Section 502.3.3.

   d) Failure to provide ADA compliant parking stall width clearance, in violation 2020 FAC Section 502.1.

   e) Failure to provide ADA compliant parking stall slope gradings, in violation 2020 FAC Section 502.4.

   f) Failure to provide ADA compliant access aisle striping and markings, in violation 2020 FAC and 2010 ADAS Section 502.3.3.

   g) Failure to provide ADA compliant access aisle width clearance, in violation 2020 FAC and 2010 ADAS Section 502.3.1.

2

h) Failure to provide ADA compliant access aisle slope grading, in violation 2020 FAC Section 502.4.

i) Failure to provide ADA compliant access aisle built up curb ramp, in violation 2020 FAC Section 502.4.

j) Failure to provide ADA compliant parking stall signage with the $250 penalty, in violation 2020 FAC Section 502.6.1.

k) Failure to provide ADA compliant parking stall signage (missing), in violation 2020 FAC Section 502.6.

l) Failure to provide ADA compliant accessible route that does not provide abrupt changes in elevation greater than ¼ inch, in violation 2020 FAC and 2010 ADAS Section 303.2 and 303.3.

m) Failure to provide ADA compliant accessible route with compliant slope grading, in violation 2020 FAC and 2010 ADAS Section 403.3.

n) Failure to provide ADA compliant entrance door hardware, in violation 2020 FAC and 2010 ADAS Section 309.4.

o) Failure to provide ADA compliant number of interior table seating, in violation 2020 FAC and 2010 ADAS Section 227.3.

p) Failure to provide ADA compliant interior table clearances, in violation 2017 FAC, 2014 FAC and 2010 ADAS Section 306.1.

3

q) Failure to provide ADA compliant interior aisle width clearances, in violation 2020 FAC and 2010 ADAS Section 403.5.1.

r) Failure to provide ADA compliant bar counter height, in violation 2020 FAC and 2010 ADAS Section 904.4.1 and 904.4.2.

s) Failure to provide ADA compliant bar counter clear floor space, in violation 2020 FAC and 2010 ADAS Section 904.4.1.

t) Failure to provide ADA compliant directional signage to accessible restroom, in violation 2020 FAC and 2010 ADAS Section 216.8.

u) Failure to provide ADA compliant restroom door hardware, in violation 2020 FAC and 2010 ADAS Section 309.4.

v) Failure to provide ADA compliant lavatory underside clearance, in violation 2020 FAC and 2010 ADAS Section 306.3.1.

w) Failure to provide ADA compliant, unobstructed, lavatory/toilet clear floor space, in violation 2020 FAC and 2010 ADAS Section 604.3.2.

x) Failure to provide ADA compliant properly located, non-protruding paper towel dispenser, in violation 2020 FAC and 2010 ADAS Section 307.2.

y) Failure to provide ADA compliant side grab bar, in violation 2020 FAC and 2010 ADAS Section 609.4.

z) Failure to provide ADA compliant rear grab bar, in violation 2020 FAC and 2010 ADAS Section 609.4.

aa) Failure to provide ADA compliant toilet paper dispenser location, in violation 2020 FAC and 2010 ADAS Section 604.7.

8. Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

No.

9. Please list any other Title III cases in which you have been a party in this District.

See case list attached hereto.

_____
Michelle Strickland

# JURAT

STATE OF FLORIDA
COUNTY OF VOLUSIA

Subscribed and sworn to (or affirmed) before me this

___4th___ day of ___January___, 20~~22~~ 23

by ___michelle Strickland___
(Name of Signer)

___Cheryl Lucas___
(Signature of Notary Public)

___HH 300030___

My Commission Expires ___12/5/2026___

Cheryl Lucas
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # HH 300033
My Commission Expires 12/05/26

Personally Known __X__ or Produced Identification __X__
What type of Identification Produced – Driver's License _____ Passport _____
__X__ Signed In My Physical Presence ___Valid Florida Id card.___

DESCRIPTION OF THE ATTACHED DOCUMENT
Title or Type of Document Court Interrogatories
Document Date _1/4/2023_ Number of Pages _6_
Signer(s) Other Than Above None

6