# Select A Case

**Michelle Strickland is a plaintiff in 83 cases.**

| | | | |
|---|---|---|---|
| [6:14-cv-01831-PGB-GJK](#) | Albright et al v. Volusia County | filed 11/10/14 | closed 08/19/15 |
| [6:18-cv-00032-RBD-DCI](#) | Strickland v. Lakeview Estates, LTD et al | filed 01/08/18 | closed 05/14/18 |
| [6:18-cv-00038-GAP-GJK](#) | Strickland v. Park Place Station, LLC, et al. | filed 01/08/18 | closed 02/05/19 |
| [6:18-cv-00440-RBD-GJK](#) | Strickland v. BV Belk Properties, Inc. et al | filed 03/22/18 | closed 10/29/18 |
| [6:18-cv-00570-RBD-GJK](#) | Strickland v. Dolgencorp, LLC | filed 04/13/18 | closed 10/29/18 |
| [6:18-cv-00571-GAP-KRS](#) | Strickland v. Suncoast Royal Investments, LLC | filed 04/13/18 | closed 07/02/18 |
| [6:18-cv-00627-JA-T_S](#) | Strickland v. Gator Daytona Partners, Ltd. et al | filed 04/20/18 | closed 12/14/18 |
| [6:18-cv-00663-PGB-GJK](#) | Strickland v. HFDB, LLC et al | filed 04/27/18 | closed 10/18/18 |
| [6:18-cv-00665-PGB-GJK](#) | Strickland v. HFDB, LLC et al | filed 04/27/18 | closed 07/30/18 |
| [6:18-cv-00666-GAP-DCI](#) | Strickland v. Port Orange Plaza, LLC et al | filed 04/27/18 | closed 10/05/18 |
| [6:18-cv-00991-GAP-DCI](#) | Strickland v. 2400 Ridgewood, LLC et al | filed 06/25/18 | closed 08/13/18 |
| [6:18-cv-01031-CEM-KRS](#) | Strickland v. Holly Hill Plaza, LLC et al | filed 06/29/18 | closed 01/03/19 |
| [6:18-cv-01034-RBD-](#) | Strickland v. Dunlawton Nova Investors, LLC et al | filed 06/29/18 | closed 11/05/18 |

| | | | |
|---|---|---|---|
| [GJK](#) | | | |
| [6:18-cv-01242-JA-DCI](#) | Strickland v. Gator Daytona Partners, Ltd. et al | filed 07/31/18 | closed 10/18/18 |
| [6:18-cv-01245-CEM-KRS](#) | Strickland v. Port Orange Plaza, LLC et al | filed 07/31/18 | closed 01/10/19 |
| [6:18-cv-01246-RBD-GJK](#) | Strickland v. Mangu, LLC et al | filed 07/31/18 | closed 12/13/18 |
| [6:18-cv-01309-PGB-KRS](#) | Strickland v. Van et al | filed 08/10/18 | closed 02/25/19 |
| [6:18-cv-01829-JA-LHP](#) | Strickland v. Swed Properties, LLC et al | filed 10/29/18 | closed 04/03/19 |
| [6:18-cv-01888-ACC-GJK](#) | Strickland v. Ross Enterprise of Daytona Inc. | filed 11/02/18 | closed 12/21/18 |
| [6:18-cv-01922-ACC-T_S](#) | Strickland v. BURGOYNE PROPERTIES, LTD et al | filed 11/08/18 | closed 12/20/18 |
| [6:19-cv-00060-JA-T_S](#) | Strickland v. Holmes Schoolhouse, LLC et al | filed 01/10/19 | closed 02/25/19 |
| [6:19-cv-00149-PGB-T_S](#) | Strickland v. 401 Atlantic LLC. et al | filed 01/23/19 | closed 03/15/19 |
| [6:19-cv-00205-GAP-DCI](#) | Strickland v. Amer et al | filed 02/04/19 | closed 01/09/20 |
| [6:19-cv-00270-GAP-T_S](#) | Strickland v. Triebel Family Foods Inc. | filed 02/10/19 | closed 02/28/19 |
| [6:19-cv-00289-ACC-DCI](#) | Strickland v. SF Daytona Holdings, LLC et al | filed 02/12/19 | closed 03/28/19 |
| [6:19-cv-00298-CEM-GJK](#) | Strickland v. WD Plaza, LLC et al | filed 02/14/19 | closed 06/27/19 |
| [6:19-cv-00574-PGB-T_S](#) | Strickland v. M&Y Properties LLC et al | filed 03/25/19 | closed 07/22/19 |

| | | | |
|---|---|---|---|
| [6:19-cv-00600-RBD-GJK](#) | Strickland v. Allen et al | filed 03/29/19 | closed 04/15/19 |
| [6:19-cv-00622-RBD-DCI](#) | Strickland v. J-8 Land Partners, LLLP et al | filed 04/01/19 | closed 05/22/19 |
| [6:19-cv-00709-RBD-T_S](#) | Strickland v. Florida Family Holdings, LLC et al | filed 04/12/19 | closed 07/22/19 |
| [6:19-cv-00803-RBD-LHP](#) | Strickland v. Down The Hatch, Inc. | filed 04/29/19 | closed 08/23/19 |
| [6:19-cv-00916-GAP-LHP](#) | Strickland v. Volusia-OP Peripheral, LLC et al | filed 05/15/19 | closed 06/05/19 |
| [6:20-cv-02024-RBD-LHP](#) | Strickland v. WBA Portfolio Owner NLP Galaxy LLC et al | filed 10/31/20 | closed 01/05/21 |
| [6:20-cv-02025-RBD-LHP](#) | Strickland v. CSR Pines, Ltd. et al | filed 10/31/20 | closed 02/09/21 |
| [6:20-cv-02026-PGB-DCI](#) | Strickland v. JAE Florida LLC | filed 10/31/20 | closed 03/29/21 |
| [6:20-cv-02275-JA-DCI](#) | Strickland v. JNG Beef LLC et al | filed 12/15/20 | closed 04/16/21 |
| [6:20-cv-02276-GAP-DCI](#) | Strickland v. RCC New Smyrna Beach Shopping Center LLC et al | filed 12/15/20 | closed 02/04/21 |
| [6:20-cv-02277-JA-LHP](#) | Strickland v. Tate Stanley G. Trust et al | filed 12/15/20 | closed 05/20/21 |
| [6:21-cv-00010-WWB-EJK](#) | Strickland v. Beachside Tavern LLC | filed 01/04/21 | closed 05/28/21 |
| [6:21-cv-00011-ACC-LHP](#) | Strickland v. Port Orange Town Center, LLC et al | filed 01/04/21 | closed 02/17/21 |
| [6:21-cv-00012-ACC-GJK](#) | Strickland v. Granada Plaza Group LLC et al | filed 01/04/21 | closed 03/19/21 |

| | | | |
|---|---|---|---|
| [6:21-cv-00013-ACC-EJK](#) | Strickland v. Granada Plaza Group, LLC et al | filed 01/04/21 | closed 03/09/21 |
| [6:21-cv-00014-RBD-EJK](#) | Strickland v. Metz Properties LLC et al | filed 01/04/21 | closed 09/16/21 |
| [6:21-cv-00025-PGB-EJK](#) | Strickland v. Port Orange Retail I LLC et al | filed 01/05/21 | closed 03/08/21 |
| [6:21-cv-00210-JA-LHP](#) | Strickland v. Danio et al | filed 02/01/21 | closed 03/18/21 |
| [6:21-cv-00345-PGB-EJK](#) | Strickland v. Mich & Jim's Enterprise, Inc, et al | filed 02/22/21 | closed 06/17/21 |
| [6:21-cv-00901-PGB-GJK](#) | Strickland v. 51 Remsen Street Corp. et al | filed 05/24/21 | closed 10/26/21 |
| [6:21-cv-00902-CEM-LHP](#) | Strickland v. SFRM Daytona, LLC et al | filed 05/24/21 | closed 10/06/21 |
| [6:21-cv-00903-GAP-LHP](#) | Strickland v. Linda M. Samek, TRS et al | filed 05/25/21 | closed 09/07/21 |
| [6:21-cv-01093-CEM-LHP](#) | Strickland v. Maman et al | filed 07/01/21 | closed 10/29/21 |
| [6:21-cv-01094-WWB-LHP](#) | Strickland v. Riviera Plaza Of Holly Hill, Inc. et al | filed 07/01/21 | closed 09/15/21 |
| [6:21-cv-01095-PGB-DCI](#) | Strickland v. Skull Inc. et al | filed 07/01/21 | closed 08/30/21 |
| [6:21-cv-01096-CEM-LHP](#) | Strickland v. Manolas et al | filed 07/01/21 | closed 08/18/21 |
| [6:21-cv-01514-ACC-LHP](#) | Strickland v. Annatone et al | filed 09/15/21 | closed 03/07/22 |
| [6:21-cv-01518-ACC-LHP](#) | Strickland v. Yvonne Y Chu Rev Trust et al | filed 09/15/21 | closed 02/22/22 |
| [6:21-cv-01519-RBD-](#) | Strickland v. ShoeBox Saloon LLC | filed 09/15/21 | closed 01/18/22 |

| | | | |
|---|---|---|---|
| LHP | | | |
| [6:21-cv-01520-ACC-LHP](#) | Strickland v. Track Three LLC et al | filed 09/15/21 | closed 03/07/22 |
| [6:21-cv-01961-WWB-EJK](#) | Strickland v. Jamal et al | filed 11/19/21 | closed 01/05/22 |
| [6:21-cv-01963-ACC-DCI](#) | Strickland v. United Asset Acquisitions, LLC et al | filed 11/19/21 | closed 12/28/21 |
| [6:21-cv-01964-CEM-GJK](#) | Strickland v. Gordon P. Cheesbro Trust et al | filed 11/19/21 | closed 03/28/22 |
| [6:21-cv-01965-PGB-DCI](#) | Strickland v. Gureckis, Inc et al | filed 11/19/21 | closed 03/01/22 |
| [6:21-cv-02178-GAP-DCI](#) | Strickland v. Kostidakis et al | filed 12/31/21 | closed 04/21/22 |
| [6:21-cv-02179-PGB-LHP](#) | Strickland v. Vandall of Daytona Inc. | filed 12/31/21 | closed 05/27/22 |
| [6:22-cv-00479-CEM-GJK](#) | Strickland v. Joseph Labosco Jewelry and Pawn, LLC et al | filed 03/07/22 | closed 04/28/22 |
| [6:22-cv-00480-RBD-DAB](#) | Strickland v. Robino E. Christine Trust et al | filed 03/07/22 | closed 07/11/22 |
| [6:22-cv-00481-PGB-DAB](#) | Strickland v. Draco Property Management, LLC et al | filed 03/07/22 | closed 09/12/22 |
| [6:22-cv-00632-RBD-DAB](#) | Strickland v. KJUMP, Inc. et al | filed 03/30/22 | closed 06/24/22 |
| [6:22-cv-00783-WWB-LHP](#) | Strickland v. Granada Place, LLC et al | filed 04/25/22 | closed 08/08/22 |
| [6:22-cv-00890-WWB-EJK](#) | Strickland v. B&R110, LLC et al | filed 05/12/22 | closed 07/12/22 |
| [6:22-cv-00891-RBD-EJK](#) | Strickland v. Multi Miami, LLC et al | filed 05/12/22 | closed 10/26/22 |

| Case | Title | Filed | Closed |
|---|---|---|---|
| [6:22-cv-01315-PGB-LHP](#) | Strickland v. CG Daytona LLC et al | filed 07/26/22 | |
| [6:22-cv-01316-RBD-DAB](#) | Strickland v. PRFP Inc. | filed 07/26/22 | closed 12/08/22 |
| [6:22-cv-01317-PGB-DCI](#) | Strickland v. MCD Ventures Inc. | filed 07/26/22 | closed 09/21/22 |
| [6:22-cv-01407-WWB-DAB](#) | Strickland v. 900 North Atlantic Ave, LLC et al | filed 08/09/22 | closed 09/12/22 |
| [6:22-cv-01408-PGB-EJK](#) | Strickland v. Via Genovese LLC et al | filed 08/09/22 | closed 10/20/22 |
| [6:22-cv-01554-CEM-EJK](#) | Strickland v. Nour et al | filed 08/30/22 | |
| [6:22-cv-01555-RBD-LHP](#) | Strickland v. Mayven Holdings LLC et al | filed 08/30/22 | closed 12/01/22 |
| [6:22-cv-01556-RBD-DAB](#) | Strickland v. Top of Daytona LLC | filed 08/30/22 | |
| [6:22-cv-01679-RBD-DCI](#) | Strickland v. Minh et al | filed 09/15/22 | closed 12/08/22 |
| [6:22-cv-02349-RBD-DCI](#) | Strickland v. Golfview Plaza Center, LLC et al | filed 12/16/22 | |
| [6:22-cv-02350-CEM-LHP](#) | Strickland v. 1825 Brentwood Road Inc. et al | filed 12/16/22 | |
| [6:22-cv-02422-CEM-EJK](#) | Strickland v. Ryan, LLC et al | filed 12/30/22 | |
| [6:95-cv-00268-PCF](#) | Strickland, et al v. Jamerson | filed 03/15/95 | closed 07/11/95 |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 01/09/2023 13:08:32 |

| PACER Login: | joemquickesq | Client Code: | |
|---|---|---|---|
| **Description:** | Search | **Search Criteria:** | Last Name: STRICKLAND First Name: MICHELLE |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |