UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE STRICKLAND,

    Plaintiff,

vs.

GOLFVIEW PLAZA CENTER, LLC, and
CROOK'S DEN ENTERPRISES, LLC,
d/b/a CROOKS DEN,

    Defendants.
_____/

Civil Action No. 6:22-CV-02349-RBD-DCI

## NOTICE OF APPEARANCE OF COUNSEL

Brandon DeGel of the law firm Winderweedle, Haines, Ward & Woodman, P.A., hereby provides notice of appearance in this action as counsel of record for Defendant, GOLFVIEW PLAZA CENTER, LLC, and requests that all parties and the Court serve all pleadings, correspondence and papers filed in the above captioned action to the undersigned at the address shown in the signature block below.

Dated this 10th day of January, 2023.

Respectfully submitted,

**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
Post Office Box 880
Winter Park, Florida 32790-0880
(407) 423-4246
(407) 423-7014 (fax)
*Counsel for Defendant*

By:   /s/ Brandon DeGel
Brandon DeGel, Esquire
Florida Bar No. 105095
Primary email: bdegel@whww.com
Secondary email: lmwillett@whww.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served a copy via U.S. Mail on the following parties: Joe M. Quick, Esquire, Law Offices of Joe M. Quick, Esquire, 1224 S. Peninsula Drive, #619, Daytona Beach, FL 32118.

By: /s/ Brandon DeGel
Brandon DeGel, Esquire
Florida Bar No. 105095
