UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE STRICKLAND

    Plaintiff,

vs.

GOLFVIEW PLAZA CENTER, LLC, and
CROOK'S DEN ENTERPRISES, LLC
d/b/a CROOKS DEN,

    Defendants.
_____/

CASE NO. 6:22-CV-02349-RBD-DCI

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, GOLFVIEW PLAZA CENTER, LLC, makes the following disclosure(s).

1.    If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% of more of its stock or state there is no such corporation:

None.

2.    If this is an action in which jurisdiction is based on diversity under 28 U.S.C § 1332(a), name and identify the citizenship of every individual or entity

whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.

None.

3. Identify each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    (a)     Plaintiff – Michelle Strickland;

    (b)     Counsel for Plaintiff – Joe M. Quick, Esquire

    (c)     Defendant – Golfview Plaza Center, LLC

    (d)     Counsel for Defendant, Golfview Plaza Center – Winderweedle, Haines, Ward, & Woodman, P.A., Brandon DeGel, Esq.

    (e)     Defendant - Crook's Den Enterprises, LLC d/b/a Crooks Den

4. Identify each entity with publicly traded share or debt potentially affected by the outcome:

None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

6.   Identify each person arguably eligible for restitution:

None.

I certify that, except as disclosed, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated January 10, 2023.

Respectfully submitted,

**Winderweedle, Haines, Ward & Woodman, P.A.**
Post Office Box 880
Winter Park, Florida 32790-0880
(407) 423-4246
(407) 423-7014 (fax)
*Counsel for Defendant*

By:   /s/ *Brandon DeGel*
Brandon DeGel, Esquire
Florida Bar No. 105095
Primary email: bdegel@whww.com
Secondary email: lmwillett@whww.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via Electronic Mail to: Joe M. Quick, Esquire, Law Offices of Joe M. Quick, Esquire, 1224 S. Peninsula Drive, #619, Daytona Beach, FL 32118.

By: /s/ *Brandon DeGel*
Brandon DeGel, Esquire
Florida Bar No. 105095