UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE STRICKLAND

    Plaintiff,

vs.                    CASE NO. 6:22-CV-02349-RBD-DCI

GOLFVIEW PLAZA CENTER, LLC, and CROOK'S DEN ENTERPRISES, LLC
d/b/a CROOKS DEN,

    Defendants.
_____/

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
    N/A_____
_____
_____

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: January 10, 2023.

>Respectfully submitted,
>
>**WINDERWEEDLE, HAINES, WARD**
>  **& Woodman, P.A.**
>Post Office Box 880
>Winter Park, Florida 32790-0880
>(407) 423-4246
>(407) 423-7014 (fax)
>*Counsel for Defendant*
>
>By: /s/ *Brandon DeGel*
>Brandon DeGel, Esquire
>Florida Bar No. 105095
>Primary email: bdegel@whww.com
>Secondary email: lwillett@whww.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via Electronic Mail to: Joe M. Quick, Esquire, Law Offices of Joe M. Quick, Esquire, 1224 S. Peninsula Drive, #619, Daytona Beach, FL 32118.

>By: /s/ *Brandon DeGel*
>Brandon DeGel, Esquire
>Florida Bar No. 105095