# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:22-cv-02349-RBD-DCI

MICHELLE STRICKLAND,

    Plaintiff,

vs.

GOLFVIEW PLAZA CENTER, LLC, et al.,

    Defendants.

_____/

## NOTICE OF SETTLEMENT SOLELY AS TO DEFENDANT CROOK'S DEN ENTERPRISES, LLC, d/b/a CROOKS DEN

Plaintiff MICHELLE STRICKLAND, by and through her undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action against Defendant, CROOK'S DEN ENTERPRISES, LLC, d/b/a CROOKS DEN. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 3rd day of February 2023.

    By: /s/Joe M. Quick, Esq.
        Joe M. Quick, Esq.
        Florida Bar No.: 0883794
        Law Office of Joe Quick, P.A.
        *Counsel for Plaintiff*
        1224 S. Peninsula Drive #619
        Daytona Beach, Florida 32118
        Tel: (386) 212-3591
        E-mail: JMQuickesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
   Joe M. Quick, Esq.
   Florida Bar No.: 0883794
   Law Office of Joe Quick, P.A.
   *Counsel for Plaintiff*
   1224 S. Peninsula Drive #619
   Daytona Beach, Florida 32118
   Tel: (386) 212-3591
   E-mail:JMQuickesq@gmail.com