## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE No.: 6:22-cv-02349-RBD-DCI

MICHELLE STRICKLAND,

    Plaintiff,

vs.

GOLFVIEW PLAZA CENTER, LLC, et al.,

    Defendants.

_____/

## **NOTICE OF SETTLEMENT SOLELY AS TO DEFENDANT GOLFVIEW PLAZA CENTER, LLC**

Plaintiff MICHELLE STRICKLAND, by and through her undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action solely against Defendant, GOLFVIEW PLAZA CENTER, LLC. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 8th day of February 2023.

    By: /s/Joe M. Quick, Esq.
        Joe M. Quick, Esq.
        Florida Bar No.: 0883794
        Law Office of Joe Quick, P.A.
        *Counsel for Plaintiff*
        1224 S. Peninsula Drive #619
        Daytona Beach, Florida 32118
        Tel: (386) 212-3591
        E-mail: JMQuickesq@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
Joe M. Quick, Esq.
Florida Bar No.: 0883794
Law Office of Joe Quick, P.A.
*Counsel for Plaintiff*
1224 S. Peninsula Drive #619
Daytona Beach, Florida 32118
Tel: (386) 212-3591
E-mail:JMQuickesq@gmail.com