## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MICHELLE STRICKLAND,

    Plaintiff,

v.                                      Case No:   6:22-cv-2349-RBD-DCI

GOLFVIEW PLAZA CENTER, LLC,

    Defendant.
_____

### ORDER OF DISMISSAL

This cause is before the Court upon the Plaintiff's Notice of Settlement as to Defendant Golfview Plaza Center, LLC filed on February 8, 2023 (Doc. 22), indicating that this case has settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 8, 2023.

/s/ Roy B. Dalton Jr.
ROY B. DALTON JR.
United States District Judge